IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.07-00115-04-CR-W-NKL |
| | ) | |
| RAYMOND SPARKS, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Sarah W.

Hays, to which no objection has been filed, the pleas of guilty to Counts 1 and 9 of the Superseding

Indictment are now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be

set by subsequent order of the court.


 s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge


Dated: April 2, 2008